UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PINKIE MAPHUTHA, | : |
| Plaintiff, | : |
| | : Civil Action No.: |
| v. | : |
| | : |
| DILIGENT ENTERPRISE, INC. D/B/A COMFORCARE HOME CARE AND DEVON G. WILLIAMS, | : SEPTEMBER 10, 2019 |
| Defendants. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Diligent Enterprise, Inc. d/b/a Comforcare Home Care and Devon G. Williams, file this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441, and 1446. The defendants remove this action, entitled *Pinkie Maphutha v. Diligent Enterprise, Inc. d/b/a Comforcare Home Care, et al.*, DBD-CV19-6033295-S (the "Superior Court Action"), from the Superior Court of the State of Connecticut, Judicial District of Danbury at Danbury to the United States District Court for the District of Connecticut. As its reasons for removal, the defendants state:

1.     By Summons and Complaint, the plaintiff, Pinkie Maphutha, commenced a civil action against the defendants in the Connecticut Superior Court captioned *Pinkie Maphutha v. Diligent Enterprise, Inc. d/b/a Comforcare Home Care, et al.*, DBD-CV19-6033295-S, with a return date of February 26, 2019.

2.     A true and correct copy of the Summons and Complaint served by the plaintiff on the defendants is attached hereto as Exhibit A. This exhibit constitutes all process, pleadings and orders served upon the defendant in this action to the present date. 28 U.S.C. § 1446(a).

3. This Notice of Removal is being filed within 30 days of the date on which the defendants received a copy of the Complaint in the Superior Court Action.

4. This Court has "federal question" jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the plaintiff has asserted claims pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. Accordingly, the Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

5. This Notice of Removal is being filed in the United States District Court for the District of Connecticut, where the Superior Court Action is pending. 28 U.S.C. §§ 1441 and 1446(a).

6. Attached hereto as Exhibit B is a copy of the Notice to Superior Court, Judicial District of Danbury at Danbury, of Filing of Notice of Removal, the original of which is being filed with the Superior Court. 28 U.S.C. § 1446(d).

7. By filing this Notice of Removal, the defendants do not waive any defenses available to them at law, in equity or otherwise, or concedes that the plaintiff has pled claims upon which relief may be granted.

WHEREFORE, the defendants respectfully request that this Action be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

Respectfully submitted,

/s/ *Craig T. Dickinson*
Craig T. Dickinson (ct18053)
Maura A. Mastrony (ct27787)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
cdickinson@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Nitor Egbarin
100 Pearl Street, 14th Floor
Hartford, CT  06103

/s/ *Craig T. Dickinson*
Craig T. Dickinson